THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NEW YORK STEAM CORPORATION, Appellant.

Argued May 19, 1938; decided June 3, 1938.

*Nathan L. Miller.* and *Thomas H. Beardsley* for appellant.

*William C. Chanler, Corporation Counsel (James Hall Prothero, Paxton Blair* and *Silas S. Lippman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.